# ALABAMA COURT OF CRIMINAL APPEALS



May 2, 2025

**CR-2024-0563**

Paul J. Meadows v. State of Alabama (Appeal from Houston Circuit Court: CC-21-2854 and CC-21-2855)

## <u>NOTICE</u>

You are hereby notified that on May 2, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk